EUGENE V. LEWIS, PLAINTIFF-APPELLEE, v. PUBLIC
SERVICE RAILWAY COMPANY, DEFENDANT-APPEL-
LANT.

Submitted May 13, 1927—Decided August 26, 1927.

**Negligence—Motor Vehicle Collision With Trolley Car—Judg-
ment for Motor Vehicle Owner, the Plaintiff—Held, That
There was Sufficient Evidence to Send the Case to the Jury.**

On appeal from the Hoboken District Court.

Before Justices PARKER, MINTURN and CAMPBELL.

For the appellant, *Henry H. Fryling.*

For the appellee, *J. Harry O'Brien.*

PER CURIAM.

Appellee's automobile was being driven easterly on Malone
street and turned southerly into Palisade avenue, in Union
City, and there came into collision with a trolley car pro-
ceeding northerly on Palisade avenue. Appellee has a judg-
ment in the court below. Defendant below appeals, urging
error in refusal of the trial judge to nonsuit because no neg-
ligence was established as against appellant and because ap-
pellee was guilty of contributory negligence, and also urging
error in refusing to direct a verdict upon the same grounds.

Both, however, were questions of fact. There was testi-
mony that the trolley car was traveling very fast as it ap-
proached Malone street, and no gong was sounded; that an-
other automobile was parked at or near the corner, making
it necessary for the driver of appellee's automobile to turn out
on the trolley tracks.

It is apparent, therefore, that there was evidence to support
the trial judge's action and findings, and the judgment, there-
fore, will not be disturbed.

The judgment below is affirmed, with costs.